# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Larry Johnson,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                     3:06cv221-1-MU

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2006 Order.

May 18, 2006                               FRANK G. JOHNS, CLERK

                                               BY: _____
                                                     Cynthia Huntley, Deputy Clerk